UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| YULIKAR GARCIA LOPEZ, | ) |
| Petitioner, | ) |
| v. | ) No. 4:25-cv-00253-TWP-KMB |
| SAMUEL OLSON,<br>KRISTI NOEM,<br>PAM BONDI,<br>SCOTT MAPLES, JR., | ) |
| Respondents. | ) |

**Order Directing Clerk to Issue Amended Final Judgment**

The Court granted Petitioner's petition for a writ of habeas corpus on January 9, 2026, and issued final judgment that same day. Dkts. 13, 14. The final judgment, however, did not specify the relief that was awarded. *See Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009). Accordingly, **the clerk is directed** to issue an amended final judgment consistent with the Court's order granting the petition.

**So Ordered.**

Date: 1/22/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel of record